**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

Alonzo Suggs

                Case No.   04-730-WDS

 v.

USA                 Judge William D. Stiehl

---

**NOTICE OF MANUAL FILING**

  Please take notice that  Petitioner
has manually filed the following document or item: Memorandum in Support of Motion Under 28:2255 to Vacate, etc. with exhibits

  This document has not been filed electronically because:

☐ The document or item cannot be converted to an electronic format

X The electronic file size of the document exceeds 20 pages
   ( *Electronic Filing Rule 5*)

☐ The document or item is filed under seal
   (*Electronic Filing Rule 6*)

☐ is excused from filing this document or item by court  order.

☐ Other

               Regards,

               NORBERT G. JAWORSKI, Clerk

               By: s/Julie Sante, Deputy Clerk