**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ALONZO SUGGS,** )<br>)<br>   **Petitioner/Defendant,** )<br>) | **CIVIL NO. 04-cv-730-WDS** |
| **vs.** )<br>) | **CRIMINAL NO. 00-cr-30176** |
| **UNITED STATES of AMERICA ,** )<br>)<br>   **Respondent/Plaintiff.** ) | |

**MEMORANDUM AND ORDER**

**STIEHL, District Judge:**

      This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Pending in this action is a motion to expand the record (Doc. 3) and a motion to amend his petition to supplement ground 1 (Doc. 4). Each of these motions is **GRANTED**, and the Clerk shall file the affidavits submitted with the motion to amend. It follows that Petitioner's motion for determination of pending motions (Doc. 6) is now **MOOT**.

      Following a jury trial, Petitioner was found guilty of conspiracy to distribute cocaine, and being a felon in possession of a firearm. On June 25, 2001, he was sentenced to 300 months imprisonment, 10 years supervised release, a fine of $2,000 and a special assessment of $200. On appeal, Petitioner only challenged the admission of evidence regarding actions taken after one co-conspirator was arrested. That argument was rejected; Petitioner's conviction was affirmed. *United States v. Suggs*, 59 Fed.Appx. 818 (7th Cir.), *cert. denied,* 540 U.S. 909 (2003). Petitioner then filed the instant motion under § 2255. In his motion the Petitioner raises several grounds for relief, each of which is based on counsel's ineffectiveness during plea negotiations, at trial, and on appeal.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED: August 12, 2005**

                                            **s/ WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**